IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID M. HARGIS, CLOSING OR ESCROW
AGENT AND INTERPLEADER

PLAINTIFF

VS.  Case No. 4:05-cv-1332

WILDLIFE FARMS, INC.;et al.  DEFENDANTS

EDGAR J. TYLER  INTERVENOR

## AGREED ORDER REGARDING PAYMENT OF REMAINING INTERPLED MONIES

By agreement of Daniel and Sally Barnett on one hand, and Edgar J. Tyler, on the other hand, the Clerk of this Court is hereby directed to pay to Edgar J. Tyler the sum of $23,000 from the funds being held in the registry of the Court in this case. The balance of the funds held in the registry of the Court herein shall be paid to Daniel and Sally Barnett.

Upon such payments all claims in this case will be resolved and this case will be dismissed with prejudice.

IT IS SO ORDERED.

_____
Hon. G. Thomas Eisele

_April 12, 2007_
Date

Approved:

Edgar J. Tyler

By: *(signed)*
John W. Fink

Daniel and Sally Barnett

By: *(signed Timothy O. Dudley by J.W.F. with permission)*
Timothy O. Dudley