# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION


**DAVID M. HARGIS, CLOSING OR ESCROW**
**AGENT AND INTERPLEADER**                                          **PLAINTIFF**

**vs.**                                        **NO. 4:05CV01332 GTE**

**WILDLIFE FARMS, INC., ET AL**                                          **DEFENDANT**

## <u>ORDER OF DISMISSAL</u>


An Agreed Order was entered on April 12, 2007, Ordering the distribution of the remaining

funds held in the registry of the Court.  The Agreed Order further stated that after the Clerk of Court

had distributed the funds that this case should be dismissed with prejudice.

IT IS THEREFORE ORDERED that the complaint in this case is hereby dismissed with

prejudice.

Dated this 23rd day of April, 2007.


_/s/ Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE